JUDGE SWAIN

USDC SDNY
DOCUMENT
ELECTRONICALLY...
DOC #:
DATE: AUG 0 8 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   v.                              :     INDICTMENT

MICHAEL BALLARD,                  :     07 CRIM. 738
   a/k/a "Michael Moore,"
                                  :
             Defendant.
- - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From on or about November 24, 2004, up to and including on or about October 2, 2006, in the Southern District of New York, MICHAEL BALLARD, a/k/a "Michael Moore," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 29, 1996, in Kings County Supreme Court of attempted criminal sale of a controlled substance in the third degree, a Class C felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a High Point 9 millimeter Model C semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____              _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney