

**Federal Defenders**

OF NEW YORK, INC.

Leonard F. Joy
*Executive Director*

Southern District

52 Duane Street-10th Floor, New York, NY 10007

Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 1 2007

RECEIVED

SEP 2 1 2007

CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

September 20, 2007

**BY HAND DELIVERY**

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

   **Re:  United States v. Michael Ballard**
         **No. 07 Cr. 738 (LTS)**
         **Request for Adjournment, on Consent**

Dear Judge Swain:

    I am writing to respectfully request that the next pre-trial conference in this matter, currently scheduled for Tuesday, September 25, 2007, be adjourned for approximately three weeks.

    I make this request because discovery is not yet complete, and I will therefore not be ready to report to the Court about any defense motions on September 25.

    I have spoken with Assistant United States Attorney Christian Everdell, who consents to the requested adjournment. In addition, the defense consents to an exclusion of Speedy Trial Act time until the adjourned date.

                         Respectfully submitted,

                         STEVEN M. STATSINGER
                         Assistant Federal Defender
                         (212) 417-8736

THE REQUESTED ADJOURNMENT AND EXCLUSION ARE GRANTED. THE CONFERENCE IS ADJOURNED TO OCTOBER 12, 2007 AT 12:00 P.M. NOON. THE COURT FINDS THAT THE ENDS OF JUSTICE SERVED BY THE GRANTING OF AN EXCLUSION FROM SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM TODAY'S DATE THROUGH OCTOBER 12, 2007, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR REASONABLE TIME FOR EFFECTIVE TRIAL PREPARATION , INCLUDING PRODUCTION AND REVIEW OF DISCOVERY AND DETERMINATIONS REGARDING MOTION PRACTICE. THE COURT, ACCORDINGLY, EXCLUDES SUCH TIME PERIOD PROSPECTIVELY. SO ORDERED.

9/21/2007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE