UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    S1 07 Cr. 738 (LTS)

      v.                              :

MICHAEL BALLARD,                  :
   a/k/a "Michael Moore,"
                                   :

         Defendant.
                                   :
- - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 922(g)(1), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                                         _/s/ Michael Ballard_____
                                         MICHAEL BALLARD
                                         Defendant

                                         _/s/_____
                                         Witness

                                         _/s/_____
                                         STEVEN M. STATSINGER, ESQ.
                                         Counsel for Defendant

Date:  New York, New York
      November 20, 2007

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: NOV 20 2007]

0202