UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :          INFORMATION

          v.                      :          S1 07 Cr. 738 (LTS)

MICHAEL BALLARD,                  :
    a/k/a "Michael Moore,"
                                  :

          Defendant.              :

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED NOV 2 0 2007

## COUNT ONE

The United States Attorney charges:

On or about October 2, 2006, in the Southern District of New York, MICHAEL BALLARD, a/k/a "Michael Moore," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 29, 1996, in New York Supreme Court, Kings County, of attempted criminal sale of a controlled substance in the third degree, in violation of New York Penal Law 220.39(1), a Class C felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a High Point 9 millimeter Model C semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

     (Title 18, United States Code, Section 922(g)(1).)


MICHAEL J. GARCIA
United States Attorney

MICROFILMED

NOV 2 8 2007 —9 00 AM