# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge



March 10, 2008

**BY HAND DELIVERY**

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Michael Ballard**
          **No. S1 07 Cr. 738 (LTS)**
          **Request for Adjournment, on Consent**

Dear Judge Swain:

    I am writing to respectfully request that the sentencing in this case, currently scheduled for March 19, 2008, be adjourned for 1 week. I make this request because I will be out of the office during the week of March 17.

    I have spoken with Assistant United States Attorney Christian Everdell, who consents to this request.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

AUSA Christian Everdell

*The sentencing is adjourned to March 31, 2008, at 12:30pm. All sentencing issues must be fully briefed, and all submissions received by Chambers no later than March 24, 2008.*
*SO ORDERED.*

3/12/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE